IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ROGER C. DAY, | : | |
| | : | |
| Petitioner, | : | Case No.: 5:06-cv-52 (CAR) |
| | : | |
| v. | : | |
| | : | |
| HILTON HALL, Warden, and | : | |
| MILTON NIX, Chairman, Board | : | PROCEEDING UNDER 28 U.S.C. § 2254 |
| of Pardons and Paroles, | : | |
| | : | |
| Respondents. | : | |

### *ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 13] that Respondents' Motion to Dismiss be granted. Petitioner has filed an Objection to the Recommendation [Doc. 14]. Having considered the matter de novo, the Court agrees with the Recommendation.

Through the instant habeas corpus petition, Petitioner challenges the decision of the Georgia Board of Pardons and Parole to deny him parole. The United States Magistrate Judge recommended dismissing the instant federal habeas corpus petition as untimely under the Anti-Terrorism and Effective Death Penalty Act (AEDPA), 42 U.S.C. § 2244(d), because the factual predicate for Petitioner's claim occurred when the Georgia Board of Pardons and Paroles first denied him parole, on August 9, 1996.

In his Objection, Petitioner argues that he seeks federal habeas corpus relief from his second parole denial, which occurred on April 1, 2004. However, it is apparent that the same facts upon which he challenges his 2004 parole denial were present and known to him in 1996.

Accordingly, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 13th day of October, 2006.

                                            S/ C. Ashley Royal
                                            C. ASHLEY ROYAL
                                            UNITED STATES DISTRICT JUDGE

AEG/ssh