IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ROGER C. DAY,

        Petitioner

VS.

HILTON HALL, WARDEN, and
MILTON BUDDY NIX, Chairman of the
Georgia Board of Pardons & Paroles,

        Respondents

**NO. 5:06-CV-52 (MTT)**

PROCEEDINGS UNDER 28 U.S.C. §2254
BEFORE THE U.S. MAGISTRATE JUDGE

## RECOMMENDATION

Before the court are petitioner Roger C. Day, Jr.'s motion seeking a preliminary injunction (Tab #41) and motion seeking declaratory relief (Tab #42). In view of the fact that the undersigned has, earlier this date, recommended that the underlying 28 U.S.C. §2254 petition seeking habeas corpus relief be **DENIED**, **IT IS RECOMMENDED** that the above motions be **DENIED** as moot. Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to these RECOMMENDATIONS with the district judge to whom this case is assigned, WITHIN FOURTEEN (14) DAYS after being served with a copy thereof.

**SO RECOMMENDED**, this 3rd day of AUGUST, 2010.



                              CLAUDE W. HICKS, JR.
                              UNITED STATES MAGISTRATE JUDGE