IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| ROGER C. DAY, | ) |   |
|---|---|---|
|   | ) |   |
| Petitioner, | ) |   |
|   | ) |   |
| v. | ) | CIVIL ACTION NO. 5:06-CV-52 (MTT) |
|   | ) |   |
| MILTON BUDDY NIX, *et. al*, | ) |   |
|   | ) |   |
| Respondents. | ) |   |

## ORDER

This matter is before the Court on the Recommendation to Deny (the "Recommendation") (Doc. 47) of United States Magistrate Judge Claude W. Hicks, Jr. The Magistrate Judge, having reviewed the Petitioner's Petition for Writ of Habeas Corpus (the "Petition") (Doc. 1) pursuant to 28 U.S.C. § 1915A(a) & (b), recommends denying the Petition because there is no constitutionally protected liberty interest in Georgia's parole system. The Petitioner filed an objection to the Recommendation (Doc. 52). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioner's Objection and has made a de novo determination of the portions of the Recommendation to which Petitioner objects.

The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Petition is **DENIED**.

**SO ORDERED**, this the 20th day of September, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT