IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| ROGER C. DAY, | ) |
|---|---|
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 5:06-CV-52 (MTT) |
| MILTON BUDDY NIX, *et. al*, | ) |
| Respondents. | ) |

## ORDER

This matter is before the Court on the Recommendation to Deny (the "Recommendation") (Doc. 48) of United States Magistrate Judge Claude W. Hicks, Jr. The Magistrate Judge, having reviewed the Petitioner's Motions for Preliminary Injunction & Declaratory Relief (the "Motions") (Docs. 41 & 42) pursuant to 28 U.S.C. § 636(b)(1), recommends denying the Motions because they are rendered moot by the Recommendation to Deny the Petition for Habeas Corpus (Doc. 47). The Petitioner filed an objection to the Recommendation (Doc. 52). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioner's Objection and has made a de novo determination of the portions of the Recommendation to which Petitioner objects.

The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Motions are **DENIED**.

**SO ORDERED**, this the 20th day of September, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT