# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

ROGER C. DAY,

        Petitioner

VS.

MILTON BUDDY NIX, *et al.*,

        Respondents

NO. 5:06-CV-52 (MTT)

**O R D E R**

Before the Court is petitioner **ROGER C. DAY'S** notice of appeal, construed as a motion for a Certificate of Appealability ("COA"), from the Court's September 20, 2010 order, which adopted Magistrate Judge Claude Hicks's recommendation that petitioner's 28 U.S.C. § 2254 motion be denied. Under section 2253(c)(2), a COA may issue only if the applicant makes " a substantial showing of the denial of a constitutional right." This requires a petitioner to demonstrate that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *See also Slack v. McDaniel*, 529 U.S. 473, 478 (2000).

For the reasons stated in Magistrate Judge Hicks's recommendation and this Court's order accepting the same, the Court finds reasonable jurists could not find that a dismissal of petitioner's claims was debatable or wrong. Accordingly, it is hereby **ORDERED** that petitioner's application for a COA be **DENIED**.

**SO ORDERED**, this 18th day of October, 2010.

        s/ Marc T. Treadwell
        MARC T. TREADWELL, JUDGE
        UNITED STATES DISTRICT COURT