**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

ROGER C. DAY,
          Petitioner
VS.
MILTON BUDDY NIX, *et al.*,
          Respondents

NO. 5:06-CV-52 (MTT)

**O R D E R**

On September 20, 2010, the undersigned adopted Magistrate Judge Claude W. Hicks' report recommending the denial of petitioner **ROGER C. DAY'S** 28 U.S.C. § 2254 petition (Tab # 53). Petitioner subsequently filed a Notice of Appeal, which the Court construed as a motion for a certificate of appealability ("COA") (Tab #s 56 & 57). The Court denied said motion by order dated October 18, 2010 (Tab # 59). Petitioner subsequently filed a 33 page motion for COA (Tab # 61), which this Court denied as moot on November 3, 2010 (Tab # 64).

Petitioner has now filed an "Emergency Motion for Reconsideration of the Court's Oct. 20/21 order or Alternatively Motion to Set Aside Said Order and Judgment" (Tab # 63). The Court has reviewed petitioner's latest motion and concludes that petitioner has again failed to show that he is entitled to a COA. Accordingly, the instant motion is **DENIED**.

**SO ORDERED**, this 7th day of January, 2011.

                    s/ Marc T. Treadwell
                    MARC T. TREADWELL, JUDGE
                    UNITED STATES DISTRICT COURT

cr